# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00515-CV

**Charles Ly, Appellant**

**v.**

**Seton Medical Center, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. GN501442, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles Ly and appellee Seton Medical Center no longer wish to pursue this appeal and have filed a joint motion to dismiss pursuant to their settlement agreement. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Joint Motion

Filed:   March 8, 2007